**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    SteelCore Capital Master Fund, L.P.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    98-1174815

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| c/o SS&C<br>675 Third Avenue<br>New York, NY 10017<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ■ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  SteelCore Capital Master Fund, L.P.                                      Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
■ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                            Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 2

Debtor  SteelCore Capital Master Fund, L.P.                                    Case number (*if known*)
        Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  SteelCore Capital Master Fund, L.P.                                    Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 30, 2016
              MM / DD / YYYY

**X** /s/ Joseph Stechler                                    Joseph Stechler
Signature of authorized representative of debtor              Printed name

Title  Managing Member of SteelCore Capital GP LLC, General Partner

**18. Signature of attorney**

**X** /s/ Jonathan S. Pasternak                              Date  June 30, 2016
Signature of attorney for debtor                                   MM / DD / YYYY

Jonathan S. Pasternak
Printed name

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
Firm name

One North Lexington Avenue
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone  (914) 681-0200        Email address

Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re: SteelCore Capital Master Fund, L.P.
Debtor(s)

Case No.
Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                          $    38,500.00
   Prior to the filing of this statement I have received                $    38,500.00
   Balance Due                                                          $         0.00

2. $ 1,717.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 30, 2016
*Date*

/s/ Jonathan S. Pasternak
Jonathan S. Pasternak
*Signature of Attorney*
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200   Fax: (914) 684-0288
*Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re   SteelCore Capital Master Fund, L.P.                                    Case No.
                                    Debtor(s)                                   Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SteelCore Capital GP, LLC<br>c/o SS&C<br>675 Third Avenue<br>New York, NY 10017 | | | General Partner |
| SteelCore Capital Offshore Ltd<br>c/o SS&C<br>675 Third Avenue<br>New York, NY 10017 | | | Limited Partner |
| SteelCore Capital, LP<br>c/o SS&C<br>675 Third Avenue<br>New York, NY 10017 | | | Limited Partner |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

   I, the Managing Member of SteelCore Capital GP LLC, General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 30, 2016                                              Signature   /s/ Joseph Stechler
                                                                              Joseph Stechler

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of New York**

In re    SteelCore Capital Master Fund, L.P.                                  Case No.
                                    Debtor(s)                                  Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of SteelCore Capital GP LLC, General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 30, 2016                          /s/ Joseph Stechler
                                                 Joseph Stechler/Managing Member of SteelCore Capital GP LLC,
                                                 General Partner
                                                 Signer/Title

```
CONSTELLATION  ADVISORS, LLC
1212 AVENUE OF THE AMERICAS
9TH FLOOR
NEW YORK, NY 10036


INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30-133
PHILADELPHIA, PA 19104-5016


KLEINBERG KAPLAN WOLFF & COHEN
MARC ROSEN & JOSHUA BROMBERG
551 FIFTH AVE., 18TH FLOOR
NEW YORK, NY 10176


MAPLES AND CALDER
P.O. BOX 309
UGLAND HOUSE KY1-1104
CAYMAN ISLANDS


NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719


NYS DEPAT. OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
 P.O. BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT
INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201


OFFICE OF THE U.S. TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET, STE 1006
NEW YORK, NY 10014


SADIS & GOLDBERG LLP
551 FIFTH AVENUE
21ST FLOOR
NEW YORK, NY 10176
```

```
SECURITY EXCHANGE COMMISSION
NY REGIONAL OFFICE
200 VESEY ST., SUITE 400
NEW YORK, NY 10281


UNITED STATES ATTORNEY
TAX AND BANKRUPTCY UNIT
86 CHAMBERS ST., 3RD FLOOR
NEW YORK, NY 10007


WALDEN MACHT HARAN LLP
ONE BROADWAY, 6TH FLOOR
NEW YORK, NY 10004
```

**United States Bankruptcy Court**
**Southern District of New York**

| In re | SteelCore Capital Master Fund, L.P. | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | 11 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Joseph Stechler, declare under penalty of perjury that I am the Managing Member of SteelCore Capital GP LLC, General Partner of SteelCore Capital Master Fund, L.P., and that the following is a true and correct copy of the resolutions adopted by the General Partner of said corporation at a special meeting duly called and held on the 27th day of June, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joseph Stechler, Managing Member of SteelCore Capital GP LLC, General Partner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Joseph Stechler, Managing Member of SteelCore Capital GP LLC, General Partner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Joseph Stechler, Managing Member of SteelCore Capital GP LLC, General Partner of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date  June 30, 2016                    Signed  */s/ Joseph Stechler*
                                               Joseph Stechler

Resolution of General Partner
of
SteelCore Capital Master Fund, L.P.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joseph Stechler, Managing Member of SteelCore Capital GP LLC, General Partner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Joseph Stechler, Managing Member of SteelCore Capital GP LLC, General Partner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Joseph Stechler, Managing Member of SteelCore Capital GP LLC, General Partner of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  June 30, 2016                                    Signed   */s/ Joseph Stechler*
                                                                Joseph Stechler